■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARIDAD RAMIREZ, Also Known as CAREDEED RAMIREZ, Appellant. [596 NYS2d 683] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered January 8, 1991, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second

felony offender, to an indeterminate term of 12½ to 25 years, unanimously modified, on the law, the facts and as a matter of discretion in the interest of justice, to reduce the sentence to a term of 5 to 10 years, and except as so modified, affirmed.

Since defendant has no statutory right to be present at a hearing to determine whether the courtroom should be sealed during an undercover officer's testimony *(People v Davis,* 166 AD2d 280, *lv denied* 77 NY2d 837; *cf., People v Morales,* 80 NY2d 450), the trial court did not err in deciding the issue in defendant's absence.

In view of defendant's prior arrest record, the nature of the sale, and her low-level involvement in the drug trade, the sentence was excessive to the extent indicated *(see, People v Acosta,* 157 AD2d 485). Concur—Sullivan, J. P., Milonas, Kassal and Rubin, JJ.